# Court of Appeals
# of the State of Georgia

ATLANTA,____June 23, 2016_____

*The Court of Appeals hereby passes the following order:*

A16A1647.  ROSS v. SHAPIRO PENDERGAST & HASTY, LLP.

After Appellant failed to timely file an enumeration of errors and brief in the captioned case, this Court ordered Appellant to file an enumeration of errors and brief no later than June 6, 2016.  Because Appellant has failed to comply with this order, the appeal in this case is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/23/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*